**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| KEVA DEE NEATHERY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:26-cv-175-JDK-KNM |
| | § | |
| PHILLIP MARTIN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Plaintiff Keva Dee Neathery, who is proceeding pro se and *in forma pauperis*, filed this lawsuit asserting claims for racial discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964, as well as for assault under Texas law. Docket No. 1. This case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636.

The Magistrate Judge previously notified Plaintiff that her complaint failed to state a federal claim and gave her an opportunity to amend her complaint. *See* Docket No. 6. Plaintiff timely filed an amended complaint. Docket No. 7.

On May 8, 2026, the Magistrate Judge issued a Report and Recommendation, concluding that Plaintiff's amended complaint (Docket No. 7) failed to state a federal claim and recommending that Plaintiff's case be dismissed pursuant to 28 U.S.C. § 1915(e)(2). Docket No. 8. Despite receiving multiple extensions to do so, Plaintiff did not file written objections. Docket Nos. 10 & 13. Instead, Plaintiff filed a response to the Magistrate Judge's Order denying Plaintiff's motions to appoint counsel

(Docket Nos. 11 & 12) and to extend her deadline to object to the Report a second time. Docket No. 14. Although Plaintiff's response asks the Court to allow her case to proceed, it does not specifically object to any finding or conclusion in the Magistrate Judge's Report. *See id.* Accordingly, the Court does not construe it as an objection. *See Nettles v. Wainwright,* 677 F.2d 404, 410 n.8 (5th Cir. Unit B 1982) (en banc) ("Parties filing objections must specifically identify those findings objected to. Frivolous, conclusive or general objections need not be considered by the district court."), *overruled on other grounds by Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (en banc).

Where a party timely objects to the Report and Recommendation, the Court reviews the objected-to findings and conclusions of the Magistrate Judge de novo. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Servs., LLC,* 875 F.3d 243, 249 (5th Cir. 2017).

Here, Plaintiff did not file any objections. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson,* 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, it is hereby **ORDERED** that the Magistrate Judge's Report and

Recommendation (Docket No. 8) is **ADOPTED** as the opinion of this Court. Plaintiff's Title VII claims are therefore **DISMISSED with prejudice** for failure to state a claim. The Court declines to exercise supplemental jurisdiction over Plaintiff's state-law claims. Therefore, Plaintiff's state-law claims are **DISMISSED without prejudice**. Any motions pending in this case are **DENIED as moot**.

So **ORDERED** and **SIGNED** this **19th** day of **July, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE